# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 01-3856

_____

United States of America,   *
                            *
          Appellee,         *
                            *   Appeal from the United States
     v.                     *   District Court for the
                            *   District of Minnesota.
Douglas Johnson,            *        [UNPUBLISHED]
                            *
          Appellant.        *

_____

Submitted: April 24, 2002

Filed: April 29, 2002

_____

Before WOLLMAN, FAGG, and MORRIS SHEPPARD ARNOLD, Circuit Judges.

_____

PER CURIAM.

Douglas Johnson appeals the district court's[1] denial of his 18 U.S.C. § 3582(c)(2) motion. As the court correctly concluded, Johnson's sentence is not affected by Amendments 591 and 599 to the Sentencing Guidelines. We therefore affirm the judgment of the district court. See 8th Cir. R. 47B.

_____

[1]The Honorable Ann D. Montgomery, United States District Judge for the District of Minnesota.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.